UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Benjamin J. Ginter, Esq
34 Forest Ave
Cranford, NJ 07016
T: 908-272-6565
F: 484-214-0310
Attorney for Debtor

Order Filed on August 9, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:

David Filippini

| | |
|---|---|
| Case Number: | 18-23457 |
| Hearing Date: | 8/8/18 |
| Judge: | SLM |
| Chapter: | 13 |

Recommended Local Form:    ☒ Followed    ☐ Modified

ORDER [EXTENDING] AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 9, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

This matter having been presented to the Court by _____Debtor, David Filippini, by and through his counsel, Jamie Ginter, Esq._____ ~~debtor's counsel~~ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay as to _____David Filippini_____ is extended effective the date of this order^ as to all creditors properly served with notice of the Motion.

rev.7/12/16

2

United States Bankruptcy Court
District of New Jersey

In re:  
David Filippini  
    Debtor

Case No. 18-23457-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Aug 09, 2018  
                         Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2018.  
db         David Filippini,    49 Siek Rd,    Kinnelon, NJ   07405-2022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2018 at the address(es) listed below:  
         Alexandra T. Garcia    on behalf of Creditor    Pacific Union Financial, LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
         Benjamin Jamie Ginter    on behalf of Debtor David   Filippini gintr316@aol.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Melissa S DiCerbo    on behalf of Creditor    Pacific Union Financial, LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                       TOTAL: 5