UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Benjamin J. Ginter, Esq
34 Forest Ave
Cranford, NJ 07016
T: 908-272-6565
F: 484-214-0310
Attorney for Debtor

In Re:
David Filippini

Case No.: 18-23457
Chapter: 13
Judge: SLM

Order Filed on March 6, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 6, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____8/13/18_____ :

Property:   49 Siek Road, Kinnelon, NJ 07405

Creditor:   Pacific Union Financial

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including  May 24, 2019  .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2