Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−23457−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   David Filippini
   49 Siek Rd
   Kinnelon, NJ 07405−2022

Social Security No.:
   xxx−xx−6843

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 6/26/19 at 10:00 AM

to consider and act upon the following:

*50* − Motion to Approve Loan Modification with Nationstar Mortgage LLC d/b/a Mr. Cooper Filed by Maria Cozzini on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper. Objection deadline is 06/7/2019. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Certification # 3 Proposed Order # 4 Certificate of Service # 5 Exhibit A # 6 Exhibit B) (Cozzini, Maria)

*52* − Objection to Motion to Approve Loan Modification (related document:50 Motion to Approve Loan Modification with Nationstar Mortgage LLC d/b/a Mr. Cooper Filed by Maria Cozzini on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper. Objection deadline is 06/7/2019. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Certification # 3 Proposed Order # 4 Certificate of Service # 5 Exhibit A # 6 Exhibit B) filed by Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 5/30/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court