Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                    Case No.:  18−23457−SLM
                                    Chapter:  13
                                    Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   David Filippini
   49 Siek Rd
   Kinnelon, NJ 07405−2022

Social Security No.:
   xxx−xx−6843

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/14/19.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 15, 2019
JAN: rah

                                                                              Jeanne Naughton
                                                                              Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                         Case No. 18-23457-SLM
David Filippini                                                Chapter 13
        Debtor
                          CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: Aug 15, 2019
                              Form ID: 148             Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2019.
db             David Filippini,    49 Siek Rd,    Kinnelon, NJ 07405-2022
518164283     +Nationstar Mortgage LLC D/B/A Mr Cooper,     ATTN: Bankruptcy Dept,    PO Box 619096,
               Dallas, TX 75261-9096,
518164284     +Nationstar Mortgage LLC D/B/A Mr Cooper,     ATTN: Bankruptcy Dept,    PO Box 619096,
               Dallas, TX 75261-9741,    Nationstar Mortgage LLC D/B/A Mr Cooper 75261-9096,
               ATTN: Bankruptcy Dept
517628941      Pacific Union Financial,    1603 Lyndon B Johnson Fwy Ste 500,    Farmers Branch, TX 75234-6071
517729241     +Pacific Union Financial, LLC,     1603 LBJ Freeway, Suite 500,    Farmers Branch, TX 75234-6071
517692821     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
               Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 15 2019 23:57:19     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 15 2019 23:57:16     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517628938     +EDI: AMEREXPR.COM Aug 16 2019 03:28:00      American Express,   Po Box 981537,
               El Paso, TX 79998-1537
517744309      EDI: BECKLEE.COM Aug 16 2019 03:28:00      American Express National Bank,
               c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
517628943      EDI: SEARS.COM Aug 16 2019 03:28:00      Sears,   PO Box 183081,   Columbus, OH 43218
517628939     +EDI: CHASE.COM Aug 16 2019 03:28:00      Chase,   PO Box 15153,   Wilmington, DE 19886-5153
517628940      EDI: DISCOVER.COM Aug 16 2019 03:28:00      Discover,   Po Box 15316,   Wilmington, DE 19850
517637450      EDI: DISCOVER.COM Aug 16 2019 03:28:00      Discover Bank,   Discover Products Inc,
               PO Box 3025,   New Albany, OH 43054-3025
517749418      EDI: RESURGENT.COM Aug 16 2019 03:28:00      LVNV Funding, LLC its successors and assigns as,
               assignee of MHC Receivables, LLC and,    FNBM, LLC,   Resurgent Capital Services,
               PO Box 10587,   Greenville, SC 29603-0587
517628942      EDI: PRA.COM Aug 16 2019 03:28:00      Portfolio Recovery,   120 Corporate Boulevard, Ste 1,
               Norfolk, VA 23502
517733729      EDI: PRA.COM Aug 16 2019 03:28:00      Portfolio Recovery Associates, LLC,   c/o Barclaycard,
               POB 41067,   Norfolk VA 23541
517747474      EDI: PRA.COM Aug 16 2019 03:28:00      Portfolio Recovery Associates, LLC,   c/o The Home Depot,
               POB 41067,   Norfolk VA 23541
517723030     +EDI: JEFFERSONCAP.COM Aug 16 2019 03:28:00      Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
517721886      EDI: Q3G.COM Aug 16 2019 03:28:00      Quantum3 Group LLC as agent for,
               Galaxy International Purchasing LLC,    PO Box 788,   Kirkland, WA 98083-0788
517634834      EDI: Q3G.COM Aug 16 2019 03:28:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
               PO Box 788,   Kirkland, WA 98083-0788
517628944     +EDI: RMSC.COM Aug 16 2019 03:28:00      Syncb,   Po Box 965036,   Orlando, FL 32896-5036
517629487     +EDI: RMSC.COM Aug 16 2019 03:28:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk, VA 23541-1021
517628945      EDI: TDBANKNORTH.COM Aug 16 2019 03:28:00      TD Bank,   PO Box 8400,   Lewiston, ME 04243
517628947      EDI: TFSR.COM Aug 16 2019 03:28:00      Toyota Motor Credit,   5005 N River Blvd Ne,
               Cedar Rapids, IA 52411
517628946     +EDI: CITICORP.COM Aug 16 2019 03:28:00      Thd/Cbna,   Po Box 6497,
               Sioux Falls, SD 57117-6497
                                                                                               TOTAL: 20

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Aug 15, 2019
                              Form ID: 148             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2019 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Pacific Union Financial, LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              Benjamin Jamie Ginter    on behalf of Debtor David  Filippini gintr316@aol.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Maria  Cozzini    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               mcozzini@sternlav.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa S DiCerbo    on behalf of Creditor    Pacific Union Financial, LLC nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              Sindi  Mncina    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 10
```