| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on August 14, 2019<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey<br><br>Chapter 13 Case No.:  18-23457 |
| IN RE:<br><br>    DAVID FILIPPINI | HEARING DATE:  08/14/2019<br><br>Judge:  STACEY L. MEISEL |

# ORDER DISMISSING PETITION

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

DATED: August 14, 2019

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s): DAVID FILIPPINI

Case No.: 18-23457

Caption of Order:    ORDER DISMISSING PETITION

THIS MATTER having come before the Court on the Chapter 13 Standing Trustee's Motion to Dismiss on 08/14/2019, and the Court having been satisfied that proper service and notice was effectuated on the Debtor(s) and Debtor(s)' counsel, and the Court having considered the Chapter 13 Standing Trustee's report, and good and sufficient cause appearing therefrom for the entry of this Order, it is

ORDERED AND DIRECTED, that the Debtor(s) Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder are hereby dismissed without prejudice.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
David Filippini  
    Debtor

Case No. 18-23457-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 15, 2019  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2019.  
db        David Filippini,   49 Siek Rd,   Kinnelon, NJ 07405-2022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2019        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2019 at the address(es) listed below:

    Alexandra T. Garcia   on behalf of Creditor   Pacific Union Financial, LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
    Alexandra T. Garcia   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
    Benjamin Jamie Ginter   on behalf of Debtor David Filippini gintr316@aol.com  
    Denise E. Carlon   on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Maria Cozzini   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper mcozzini@sternlav.com  
    Marie-Ann Greenberg   magecf@magtrustee.com  
    Melissa S DiCerbo   on behalf of Creditor   Pacific Union Financial, LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
    Rebecca Ann Solarz   on behalf of Creditor   Toyota Lease Trust rsolarz@kmllawgroup.com  
    Sindi Mncina   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@rascrane.com  
    U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

    TOTAL: 10